UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANEWA TIARI-EL ) | |
| LEANDRA SMITH ) | |

      THIS MATTER IS BEFORE THE COURT upon the Defendant Leandra Smith's *pro se* "Petition To Vacate Memorandum Order for Sentencing Due to Fraud Upon the Court" [doc. 164].

      Defendant Leandra Smith is represented by counsel and therefore this Court cannot accept a pro se petition from defendant. Therefore, IT IS ORDERED, that defendant's petition is hereby DISMISSED and defendant is hereby advised to contact counsel for further filings with this Court.

Signed: October 24, 2007

Graham C. Mullen
United States District Judge