# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Leandra Smith

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW303CR000219-002

USM Number: 19447-058
Scott H. Gsell
Defendant's Attorney

**THE DEFENDANT:**

| | |
|---|---|
| __ | Pleaded guilty to count(s) . |
| __ | Pleaded nolo contendere to count(s) which was accepted by the court. |
| X | was found guilty on count(s) <u>1s, 2s-8s, 10s-11s</u> after a plea of not guilty. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18 U.S.C. 286 | Conspiracy to File False Claims for Tax Refunds | 1/2004 | 1s |
| 18 U.S.C. 287 and 2 | Filing False Claims for Tax Refunds and Aiding and Abetting Others | 1/2004 | 2s-8s, 10s-11s |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__ The defendant has been found not guilty on count(s) .
__ Count(s) (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/8/09

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

Date: August 26, 2009

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FORTY TWO (42) MONTHS on each of counts 1s, 2s-8s, 10s-11s, each count to run concurrent</u>.

☐ The Court makes the following recommendations to the Bureau of Prisons:
The Defendant shall participate in the Inmate Financial Responsibility Program.

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

☐ at ____ On ____.
☒ As notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ Before 2 pm on .
☐ As notified by the United States Marshal.
☐ As notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>THREE (3) YEARS on each of counts 1s, 2s-8s, 10s-11s, each count to run concurrent</u>.

<u> </u> The condition for mandatory drug testing is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court and any additional conditions ordered.

1. The defendant shall not commit another federal, state, or local crime.
2. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
3. The defendant shall pay any financial obligation imposed by this judgment remaining unpaid as of the commencement of the sentence of probation or the term of supervised release on a schedule to be established by the court.
4. The defendant shall provide access to any personal or business financial information as requested by the probation officer.
5. The defendant shall not acquire any new lines of credit unless authorized to do so in advance by the probation officer.
6. The defendant shall not leave the Western District of North Carolina without the permission of the Court or probation officer.
7. The defendant shall report in person to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
8. A defendant on supervised release shall report in person to the probation officer in the district to which he or she is released within 72 hours of release from custody of the Bureau of Prisons.
9. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
10. The defendant shall support his or her dependents and meet other family responsibilities.
11. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other activities authorized by the probation officer.
12. The defendant shall notify the probation officer within 72 hours of any change in residence or employment.
13. The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as duly prescribed by a licensed physician.
14. The defendant shall participate in a program of testing and treatment or both for substance abuse if directed to do so by the probation officer, until such time as the defendant is released from the program by the probation officer; provided, however, that defendant shall submit to a drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter for use of any controlled substance, subject to the provisions of 18:3563(a)(5) or 18:3583(d), respectively.
15. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
16. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
17. The defendant shall submit his person, residence, office or vehicle to a search, from time to time, conducted by any U.S. Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant; and failure to submit to such a search may be grounds for revocation of probation or supervised release. The defendant shall warn other residents or occupants that such premises or vehicle may be subject to searches pursuant to this condition.
18. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed by the probation officer.
19. The defendant shall notify the probation officer within 72 hours of defendant's being arrested or questioned by a law enforcement officer.
20. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
21. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
22. If the instant offense was committed on or after 4/24/96, the defendant shall notify the probation officer of any material changes in defendant's economic circumstances which may affect the defendant's ability to pay any monetary penalty.
23. If home confinement (home detention, home incarceration or curfew) is included you may be required to pay all or part of the cost of the electronic monitoring or other location verification system program based upon your ability to pay as determined by the probation officer.
24. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

ADDITIONAL CONDITIONS:

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $1,000.00 | $0.00 | $244,287.86 |

**FINE**

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

X     The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

X     The interest requirement is waived.

__     The interest requirement is modified as follows:

**COURT APPOINTED COUNSEL FEES**

__     The defendant shall pay court appointed counsel fees.

__     The defendant shall pay $_____ Towards court appointed fees.

Defendant: Leandra Smith  Judgment-Page 5 of 6
Case Number: DNCW303CR000219-002

**SCHEDULE OF PAYMENTS**

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

- A ___ Lump sum payment of $ _____ Due immediately, balance due

  ___ Not later than _____ , or
  ___ In accordance ___ (C), ___ (D) below; or

- B  X  Payment to begin immediately (may be combined with ___ (C), X (D) below); or

- C ___ Payment in equal _____ (E.g. weekly, monthly, quarterly) installments of $ _____ To commence _____ (E.g. 30 or 60 days) after the date of this judgment; or

- D  X  Payment in equal  Monthly  (E.g. weekly, monthly, quarterly) installments of $ 50.00  To commence 60 (E.g. 30 or 60 days) after release from imprisonment to a term of supervision.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. Probation Officer shall pursue collection of the amount due, and may request the court to establish or modify a payment schedule if appropriate 18 U.S.C. § 3572.

Special instructions regarding the payment of criminal monetary penalties:

___ The defendant shall pay the cost of prosecution.
___ The defendant shall pay the following court costs:
___ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the United States District Court Clerk, 401 West Trade Street, Room 210, Charlotte, NC 28202, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.  All criminal monetary penalty payments are to be made as directed by the court.

The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# RESTITUTION PAYEES

The defendant shall make restitution to the following payees in the amounts listed below:

| NAME OF PAYEE | AMOUNT OF RESTITUTION ORDERED |
|---|---|
| Gary Carpenter | $360.00 |
| Richard and Andrea Goodwin | $700.00 |
| Rodney Morrison | $305.00 |
| Reginald Jones | $700.00 |
| Donald Hargro | $1,220.00 |
| Loriann Holmes | $320.00 |
| Selby Artist | $700.00 |
| Ericka Truesdale | $320.00 |
| Luther Watts | $150.00 |
| Joyce Ryals Bynum | $150.00 |
| Johnetta Sadler (now Davis) | $305.00 |
| Della Jean Redo | $305.00 |
| Marcus Landy | $1,200.00 |
| Kathy Patillo | $915.00 |
| Yvette Avery | $305.00 |
| Yvonne Jones | $305.00 |
| Leon Featherson | $300.00 |
| Rosita Littlejohn | $1,010.00 |
| Toby Gibson | $1,515.00 |
| Cora Gibson | $1,515.00 |
| John Waller | $1,515.00 |
| Charlene Miller | $305.00 |
| Mary Blakely | $305.00 |
| Betty Fisher | $300.00 |
| Paul Nelson | $1,500.00 |
| Pamela Kiser | $305.00 |
| Jackie and Sadie Belk | $915.00 |
| Lisa Belk | $610.00 |
| Dorothy T. Wilson | $360.00 |
| Charlene McGriff | $610.00 |

| Name | Amount |
|---|---|
| Norman Black | $305.00 |
| Robert and Deborah Banks | $650.00 |
| Stephanie Thomas | $305.00 |
| Eddie and Mary Pegues | $900.00 |
| Henry and Dallas Williams, Jr. | $305.00 |
| Carrie Ella Kahan | $500.00 |
| Bennie and Irene Allen | $305.00 |
| George Wiltcher | $915.00 |
| Delores Gwaltney | $238.00 |
| Joyce and Henry Bittle | $305.00 |
| Thomas E. Elmore | $700.00 |
| April Chavis | $305.00 |
| Landry and Carolyn Rucker | $610.00 |
| Sadie Mayfield | $610.00 |
| Zelma C. Hammond | $610.00 |
| Pamela F. Anderson | $305.00 |
| Carrie D. Covington | $305.00 |
| Willie and Linda Duncan | $305.00 |
| Tammy Layton | $305.00 |
| Barbara Barnette | $350.00 |
| Kenneth and Naomi Burks | $760.00 |
| Edwin McLean | $300.00 |
| Penny McClendon | $305.00 |
| Ruth Hopkins | $300.00 |
| Margaret McIlwain | $1,500.00 |
| Wilma Limous | $305.00 |
| James and Brenda Crowder | $915.00 |
| Jerry A. Rawls | $600.00 |
| Paul Lyons | $550.00 |
| Jamie Monroe | $305.00 |
| Nicholas Abanquoh | $915.00 |
| Dorothy Martin | $605.00 |
| Sammie Baskins, Jr. | $405.00 |
| Alvin Lattin | $1,150.00 |
| Juanita Barnes | $915.00 |
| Mark Arrington | $305.00 |
| Anthony Black | $610.00 |

| Name | Amount |
|---|---|
| Angela Parker-Wright | $150.00 |
| Randall Black | $602.00 |
| Henry Black | $915.00 |
| Barbara Miller | $305.00 |
| Mona Burgos | $700.00 |
| Gary Bost | $150.00 |
| Dennis and Betty Buglio | $240.00 |
| Brian Buglio | $140.00 |
| RS and Tommie Clyburn | $915.00 |
| James Haskett | $1,300.00 |
| Joan Limous | $305.00 |
| Tushima Livingston | $915.00 |
| Willie Barnes | $900.00 |
| Mary Gaddy | $500.00 |
| Drew Lee | $305.00 |
| Vonsha Farnum | $450.00 |
| Sean R. Welch | $300.00 |
| Deborah Gordon | $305.00 |
| Christopher and Shirese Adams | $700.00 |
| Emma Jean Jones | $900.00 |
| Colleen Facey | $305.00 |
| Ellis Waugh | $360.00 |
| Jeffery Andrews | $715.00 |
| Delina Folk | $915.00 |
| Joe and Agnes Crawford | $605.00 |
| Matthew and Rhonda Nixon | $500.00 |
| Jimmy and Mary Littlejohn | $305.00 |
| William Thompson | $305.00 |
| Rose Booker | $305.00 |
| Antoinette Floyd | $305.00 |
| Veronica Kodzai | $915.00 |
| Kofi Abanquah | $1,050.00 |
| Darlene Adams | $505.00 |
| Joyce Cash | $300.00 |
| Lula Smith | $1,000.00 |
| Tyrone Caesar | $305.00 |
| Robert and Coletta Wharton | $1,220.00 |

| Name | Amount |
|---|---|
| Johnny Rorie | $610.00 |
| Jamil Dukes | $405.00 |
| Wanda Grant | $500.00 |
| Teresa Paulk | $915.00 |
| Hubert Houston | $500.00 |
| Bonita Smith | $610.00 |
| LaJuan Glenn | $305.00 |
| Debra Haynes | $915.00 |
| Genell Carson | $305.00 |
| Melody Roseboro | $360.00 |
| Willie House | $305.00 |
| Larry Eaton | $305.00 |
| Daryl McCormack | $305.00 |
| David and Wendy Cox | $610.00 |
| Lisa Blakeney | $305.00 |
| Freddie Williams | $305.00 |
| Thomas and Barbara Grady | $915.00 |
| Simon Majekodunmi | $915.00 |
| Arthur Drayton, Jr. | $300.00 |
| Clarence Hobgood | $500.00 |
| Debra Allen | $305.00 |
| Leola Ingram | $500.00 |
| Randy Ivey and Dorothy Stevenson (wife) | $2,600.00 |
| Annie Carson | $600.00 |
| Colette Clahoun | $500.00 |
| Lynett Grier | $150.00 |
| Bryant Williams, Jr. | $610.00 |
| Elmer Miller | $500.00 |
| Robert and Wendi Nantz | $700.00 |
| William and Betty Adams | $610.00 |
| Joe Wall | $305.00 |
| Pamela Mason | $610.00 |
| Amelia Dye | $305.00 |
| Martha Bratton | $305.00 |
| Lucy Johnson | $150.00 |
| Timothy Collins | $150.00 |
| Vorise Peeples | $405.00 |

| Name | Amount |
|---|---|
| Doyd and Hattie Crisco | $305.00 |
| Jimmy Dale Blakeney | $305.00 |
| Kenneth Burson | $305.00 |
| Roosevelt and Wilma Hicks | $500.00 |
| Essie Abrams | $610.00 |
| Phyllis Hough | $300.00 |
| Larnette Frazier | $305.00 |
| Amanda and Juanita Johnson | $305.00 |
| Phillip and Willette Johnson | $500.00 |
| Nancy Baucom | $360.00 |
| Angela Dye | $500.00 |
| Cathy Dye | $500.00 |
| Trinicia King | $700.00 |
| Leonard and Katherine White | $704.00 |
| Sadie Bennett | $610.00 |
| Roy Lockhart | $500.00 |
| Edward Bennett | $610.00 |
| Betty Harris | $305.00 |
| Myra and Alvin Johnson | $305.00 |
| Anthony Allen | $700.00 |
| Devone Allen | $300.00 |
| Pamela Collins | $500.00 |
| Kenley Hardison | $500.00 |
| Brenda Holmes (now White-Pharr) | $305.00 |
| Lora McDowell | $150.00 |
| Dennis and Sheresa Jones | $1,300.00 |
| April McGowan | $305.00 |
| Monica Mundy | $700.00 |
| Charles and Mary Springs | $305.00 |
| James Cooley | $500.00 |
| Tiffany Graham | $300.00 |
| Donald Ross Evans | $610.00 |
| Demonstrius Seegars | $360.00 |
| Lawrence Brownlee | $305.00 |
| Lamont Hutchinson | $150.00 |
| Zakiyah Bilal | $300.00 |
| Kevin Thompson | $150.00 |

| Name | Amount |
|---|---|
| Paul Gillis | $305.00 |
| Diann Gillis | $600.00 |
| Constance Chinn | $150.00 |
| Mildred Glenn | $900.00 |
| Clyde Caudle | $915.00 |
| Flossie Gilbert | $500.00 |
| Glenda Campbell | $500.00 |
| Leon Davis | $610.00 |
| Viola Patton | $300.00 |
| Carolyn and Richard Baker | $1,300.00 |
| Devodie Arnett | $300.00 |
| Valeria Hammond | $915.00 |
| Wilma Carelock | $305.00 |
| Casey House | $610.00 |
| Anita Flowe | $305.00 |
| Tracy Melton | $1,300.00 |
| Latasha Baker | $305.00 |
| Annette Broadway | $150.00 |
| Michael Horton | $305.00 |
| Meka Hayes | $915.00 |
| Bryan Conley | $300.00 |
| Albert Nelson | $1,184.07 |
| Evonne Hawthorne | $610.00 |
| Boyce and Joelyn Baker | $915.00 |
| Jimmy Phillips | $360.00 |
| Ernest McCollom, Jr. | $900.00 |
| Steven Carelock | $915.00 |
| Curtis and Chashawah Helms | $305.00 |
| Eric and Roberta Coulter | $300.00 |
| Tamika Herndon | $240.00 |
| Betty Luckey | $350.00 |
| Archie and Tara McLeod | $500.00 |
| Stephanie Gilchrist | $1,300.00 |
| Scottie Hill | $900.00 |
| Katrina Gibson | $610.00 |
| Tyrone Legette | $305.00 |
| Kenneth Davis | $500.00 |

| Name | Amount |
|---|---|
| Anthony Fair | $305.00 |
| Barbara Black | $915.00 |
| Denise Crowder | $305.00 |
| Connie Hayes | $610.00 |
| Eunice Witherspoon | $305.00 |
| Daniel Bellamy | $200.00 |
| Byron and Olivia Mudd | $150.00 |
| Stacey Thomas | $700.00 |
| John L. Johnson | $600.00 |
| Bobby and Anna Terrell | $915.00 |
| Reynard and Patricia Moore | $915.00 |
| Ora Matthews | $300.00 |
| Dillon and Sue Aldridge | $915.00 |
| Virgil Ivey | $305.00 |
| Marvin and Jacqueline Bennett | $1,300.00 |
| Thomas and Pauline Ford | $500.00 |
| Mable Huntley | $305.00 |
| Solomon Hunter | $500.00 |
| Tina Davis | $900.00 |
| Joann Horton | $305.00 |
| Umonta and Qureshi Clyburn | $915.00 |
| Lorinda Stafford | $305.00 |
| Rodney Sigmon | $300.00 |
| Shone Houston | $305.00 |
| Johnny Poole | $715.00 |
| Michael Murphy | $150.00 |
| Betty Miller | $305.00 |
| Herman and Belinda Mazyck | $610.00 |
| Linda Boyland | $915.00 |
| Wilbert and Delores Young | $700.00 |
| Johnnie Mayberry | $610.00 |
| Ricky Lilly | $305.00 |
| Della Bailey Benisrael | $770.00 |
| Rosetta Rice | $700.00 |
| Aaron and Mary Cogborn | $610.00 |
| Vivian Connor | $700.00 |
| Delores Wood | $715.00 |

| Name | Amount |
|---|---|
| Theonita Lewis | $1,000.00 |
| Kimberly Lewis | $500.00 |
| Naomi Howard | $305.00 |
| Bernell Bailey | $500.00 |
| Ruby McCullough | $915.00 |
| Bartina Davis | $405.00 |
| Glenn and Gloria Harold | $915.00 |
| Virginia Parker | $1,500.00 |
| James Richard and Alice Norris | $1,300.00 |
| Tammy Caldwell | $915.00 |
| Judy Mayes | $600.00 |
| Terry Williams-Bell | $310.00 |
| Lemuel Lamar Holmes | $915.00 |
| Joseph Prescott | $1,350.00 |
| Marion Williams (now Ali) | $600.00 |
| Brian Moore | $1,200.00 |
| Clarence and Lee Moore | $710.00 |
| Zettie Easter | $715.00 |
| Arlene Harris | $305.00 |
| Regina Barrett | $610.00 |
| Lakeyta Henderson | $305.00 |
| Otis Hilton | $702.00 |
| Betty Henderson | $305.00 |
| Sabrina Marbury | $300.00 |
| Richard and Vicki Baker | $1,300.00 |
| Joseph Haskett, Jr. | $1,300.00 |
| Melvin and Stephanie Banks | $500.00 |
| Anna Hammond | $305.00 |
| Wilbert Scott | $610.00 |
| Rosetta Jones | $915.00 |
| Casey Blevins | $915.00 |
| Angela Allen | $305.00 |
| Deborah Clardy | $300.00 |
| Aaron Fauntleroy | $305.00 |
| Bobby Blakney | $305.00 |
| Mary Wilson | $400.00 |
| Natasha Merritt | $305.00 |

| Name | Amount |
|---|---|
| Alphonso and Libby Blakeney | $305.00 |
| Jenova Lowery | $500.00 |
| Beatrice Kearse | $360.00 |
| James Pate | $500.00 |
| Walter Lee Faye, Jr. | $1,345.00 |
| Martha Long | $305.00 |
| Gladys Patterson | $305.00 |
| Cassie McGowan | $305.00 |
| Gene and Karen Davis | $915.00 |
| Rosa Lee Carr | $915.00 |
| Tommy and Glenda Ballard | $715.00 |
| Charles Onukoga | $700.00 |
| Floyd and Lorene Bowen | $1,500.00 |
| Mechell and Madaline Henderson | $305.00 |
| Shirleen Hylton | $305.00 |
| Barbara and Curtis Hawes | $2,600.00 |
| Charles Clyburn | $305.00 |
| Lashondra and Bryant Agnew | $1,000.00 |
| Ethel Deberry | $305.00 |
| Albert Reeves | $715.00 |
| Lori Clyburn | $610.00 |
| Melvina Harris | $305.00 |
| Ray and Lorene Green | $500.00 |
| Gloria Gray | $305.00 |
| Lisa Crawford | $305.00 |
| Resa Gatewood (now James) | $305.00 |
| Barbara Hennigan | $1,300.00 |
| Carolyn Carelock | $812.00 |
| Asonia Gordon | $500.00 |
| Ann Lipscomb | $500.00 |
| Connie Wardlaw | $305.00 |
| Mary L. Lee | $610.00 |
| James Lotharp | $610.00 |
| Kay Muriel | $405.00 |
| Spencer Jones | $915.00 |
| Richard Tyson | $305.00 |
| Frances Ingram | $305.00 |

| Name | Amount |
|---|---|
| Donald Johnson, Jr. | $200.00 |
| Steve McClellan | $315.00 |
| Trina Allen | $1,000.00 |
| Stephanie Nixon | $425.00 |
| Jerry and Patricia Bennett | $610.00 |
| Rita Crowder | $305.00 |
| Janice Cousar | $305.00 |
| Crystal Black | $610.00 |
| Edwin Butler | $610.00 |
| Oscar Barrett | $610.00 |
| Dorthine Hunter | $500.00 |
| Orvis Haithcock | $900.00 |
| Denise Horton | $305.00 |
| Roosevelt Curry | $600.00 |
| Clint Hester | $305.00 |
| Gary and Tammy Kelly | $305.00 |
| Magnolia White | $300.00 |
| Aaron Hough | $900.00 |
| Salynn Alexander | $305.00 |
| Christopher Caldwell | $305.00 |
| George Covington | $915.00 |
| Jeffrey Ford | $700.00 |
| Reginald Dubose | $600.00 |
| Jacquelyn Bigby | $238.00 |
| Minnie Deberry | $305.00 |
| Rufus Miller | $900.00 |
| Sandra Green | $610.00 |
| Demetric Smith | $305.00 |
| James Baten | $610.00 |
| Johnny Helms | $610.00 |
| David Baker | $915.00 |
| Raymond Hoxit | $500.00 |
| Karen Owen | $500.00 |
| Cynthia McFadden | $305.00 |
| Mary Duncan | $305.00 |
| Larry and Brenda Wilson | $720.00 |
| Catherine Gyant | $305.00 |

| Name | Amount |
|---|---|
| Janice McGee | $500.00 |
| Jackson Gilbert, III | $700.00 |
| Everette and Jimola Wade | $900.00 |
| Edward and Penny Biddix | $1,300.00 |
| Geneva Moore | $305.00 |
| David Austin | $1,300.00 |
| Daisy Floyd | $305.00 |
| Michelle Harrison | $805.00 |
| Darryl Patterson | $500.00 |
| Norma Nantz | $305.00 |
| Russell Baker | $915.00 |
| Bonnie Kilgo | $250.00 |
| Shiretha Rorie | $610.00 |
| Thurman Young, Jr. | $500.00 |
| Reggie Smith | $300.00 |
| Mariana Aguilar | $610.00 |
| Melody Lane | $1,220.00 |
| Sophia Williams | $305.00 |
| Ernest and Andrea Thompson | $305.00 |
| Anthony Bennett | $1,300.00 |
| Arthur and Denise Cathcart | $915.00 |
| Craig Bennett | $705.00 |
| Wendy Aery | $305.00 |
| Gay Carelock | $305.00 |
| Margaret Witherspoon | $305.00 |
| Willie Mills | $500.00 |
| Bryan Koonce | $700.00 |
| Willie Davis | $305.00 |
| Alpha Omega Smith | $300.00 |
| Kenneth Bryant | $305.00 |
| Cassandra Blakeney | $305.00 |
| David Blaine Morris | $300.00 |
| Henrietta Capel | $305.00 |
| Barry Wideman | $610.00 |
| Robert and Violet Stinson | $305.00 |
| Derrick Allard | $500.00 |
| Norman Funderburk | $500.00 |

| Name | Amount |
|---|---|
| Henrietta Melton | $350.00 |
| Larry Graham, Sr. | $500.00 |
| Michael and Lenise Parrott | $610.00 |
| Antonio Grady | $612.00 |
| Ruth Hemphill | $305.00 |
| Michael and Patricia Watson | $610.00 |
| Rollin Mosley | $500.00 |
| Theodis Carelock | $305.00 |
| Ava Williams | $610.00 |
| Williette Herring | $305.00 |
| Antonio Black | $150.00 |
| Michael J. Manuel | $350.00 |
| Rudean Harris | $2,300.00 |
| Roosevelt Parks | $915.00 |
| Gilbert and Deborah Whiteside | $610.00 |
| Herman Williams | $300.00 |
| Carlton and Barbara Stewart | $350.00 |
| Ethel Jordan | $305.00 |
| Paulett Carter | $600.00 |
| Gloria Sifford | $305.00 |
| Diane Polk | $305.00 |
| Darryl Cunningham | $305.00 |
| Mary Harding | $305.00 |
| Marjorie Thornton | $350.00 |
| Elizabeth Wilson | $305.00 |
| Tonie Stovall | $305.00 |
| Tyra Stovall | $305.00 |
| Dina Sawyer | $350.00 |
| Mitchell Pegram | $3,000.00 |
| Lisa Lipscomb | $500.00 |
| Joyce Jenkins Shelton | $505.79 |
| Marion Williams | $150.00 |

__X__    Joint and Several

    __X__    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)* if appropriate:

    Anewa Tiari-El, 3:03cr219-1

- Court gives notice that this case may involve other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered here in and may order such payment in the future.

- The victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victim(s) receive full restitution.

- Any payment not in full shall be divided proportionately among victims.

Defendant: Leandra Smith  Judgment-Page 6 of 6
Case Number: DNCW303CR000219-002

## STATEMENT OF ACKNOWLEDGMENT

I understand that my term of supervision is for a period of _____months, commencing on _____ .

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I understand that revocation of probation and supervised release is mandatory for possession of a controlled substance, possession of a firearm and/or ammunition, and/or refusal to comply with drug testing.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)  _____   Date: _____
       Defendant

(Signed)  _____   Date: _____
       U.S. Probation Office/Designated Witness