IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR219

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEANDRA SMITH ) | |
| ) | |

    This matter is before the court upon defendant's request that the court amend the Judgment to clarify that the schedule of payments shall begin after the defendant's release from prison, as indicated in Section D on page five of the Judgment. The court finds that Section B requiring that payments begin immediately, was checked in error. Accordingly,

    IT IS THEREFORE ORDERED that the Judgment be amended to remove the check in Section B on page five.

Signed: January 6, 2011

Graham C. Mullen
United States District Judge